# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.C., | : | **SEALED CASE** |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Department of Public Welfare, | : | No. 1698 C.D. 2014 |
| Respondent | : | |
| | | |
| J.C., | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Department of Public Welfare, | : | No. 1944 C.D. 2014 |
| Respondent | : | |
| | | |
| J.C., | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Department of Public Welfare, | : | No. 1945 C.D. 2014 |
| Respondent | : | |
| | | |
| J.C., | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Department of Public Welfare, | : | No. 1946 C.D. 2014 |
| Respondent | : | |
| | | |
| J.C., | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Department of Public Welfare, | : | No. 1947 C.D. 2014 |
| Respondent | : | |

J.C.,                                          :
           Petitioner            :
                                           :
       v.                             :
                                           :
Department of Public Welfare,                  :    No. 1948 C.D. 2014
           Respondent          :

J.C.,                                          :
           Petitioner            :
                                           :
       v.                             :
                                           :
Department of Public Welfare,                  :    No. 1949 C.D. 2014
           Respondent          :

### O R D E R

AND NOW, this 22nd day of April, 2016, it is ORDERED that the above-captioned opinion filed March 9, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
ANNE E. COVEY, Judge